UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-053-WM

UNITED STATES OF AMERICA

v.

NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:   /s/ Justin L. Hoover
Justin L. Hoover
Assistant United States Attorney
Court ID No. A5502493
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Fax: 772-466-1020
Email: Justin.Hoover@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Justin L. Hoover

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED BY **KJZ** D.C.

**Jul 29, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ, | ) | 21-053-WM |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2021__ in the county of __Indian River__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of visual depictions involving sexual exploitation of minors |
| 18 U.S.C. § 2252(a)(4) | Possession of visual depictions involving sexual exploitation of minors |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*/s/ Eric Urgo*
*Complainant's signature*

Eric Urgo, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone-Facetime.

Date: July 29, 2021

*/s/ William Matthewman*
*Judge's signature*

City and state: West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT OF SPECIAL AGENT ERIC URGO
HOMELAND SECURITY INVESTIGATIONS

Your affiant, Eric Urgo, first being duly sworn, does hereby depose and state as follows:

1. I, Eric Urgo, am a Special Agent (SA) employed by Homeland Security Investigations (HSI). I have been a federal agent assigned to the investigations office located in Fort Pierce, Florida, since November 2019. During my time with HSI, I have investigated federal criminal violations related to child exploitation and child pornography including but not limited to, violations of 18 U.S.C. 2251, 2252, and 2422(b). Prior to my employment with HSI, I was employed with U.S. Customs and Border Protection (CBP) since February of 2008. During my time with CBP, I held the positions of officer, supervisor, Special Response Team (SRT) operator, and a Task Force Officer (TFO) with HSI and the Niagara County, New York Sheriff's Department. As part of my duties with CBP and as a TFO, I was an integral part in investigations related to violations of federal and state laws including, but not limited to, drug smuggling/trafficking, organized criminal activity, and illicit cross border activity.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2251, 2252, 2422, et seq.

3. I am responsible for enforcing federal criminal statutes relating to Homeland Security Investigations, including the sexual exploitation of children, Title 18, United States Code, Sections 2251-57, along with any other violations under Title 18.

4. I have received formal training on the aforementioned investigations at the HSI Special Agent Training Program held at the Federal Law Enforcement Training Center (FLETC).

Specifically, I have received training in the area of child pornography and child exploitation and have reviewed examples of child pornography, as defined in 18 U.S.C. § 2256.

5. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, Nicholas Antonio ZAMUDIO-HERNANDEZ. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that Nicholas Antonio ZAMUDIO-HERNANDEZ violated 18 U.S.C. § 2251(a), production of child pornography, and 18 U.S.C. § 2252(a)(4), possession of child pornography.

6. This investigation began with an investigative Cyber Tip line referral from the National Center for Missing and Exploited Children (NCMEC). The Tip line reports were initiated by Google, in relation to the user nickthedemonking1243@gmail.com, and Instagram, in relation to user "nickthedemonking", with associated email accounts nickzamudio12@yahoo and starnick13@yahoo.com. The various Cyber Tip line reports indicated that the user had utilized these accounts to store, transport, or distribute child pornography.

7. According to Cyber Tip# 90613063, Google became aware of child pornography that was detected in the email account of nickthedemonking1243@gmail.com. A Google employee viewed enough of the suspect video to confirm that it contained apparent child pornography. Google provided to NCMEC that the name on the account was "Nicholas Zamudio," and that the user had uploaded a file on May 17, 2021, at 2:01:08 UTC, from IP address 2600:1700:75b0:3100:b032:393c:b0eb:9415. I viewed the uploaded video, which consisted of

2

multiple videos combined into one video; the video included multiple prepubescent children engaged in sexually explicit conduct. On July 06, 2021 your affiant served a Department of Homeland Security (DHS) Summons to AT&T Inc, in connection with the above IP address listed in the NCMEC Cyber Tip. In response to the DHS Summons, AT&T provided that on May 17, 2021 at 02:01:08 UTC, this IP address was assigned to ZAMUDIO-HERNANDEZ' address in Vero Beach, Florida.

8. I also reviewed two other NCMEC Cyber Tips involving child pornography being identified in the above Google account and an Instagram account also associated with ZAMUDIO-HERNANDEZ and his residence in Vero Beach, Florida. After reviewing these Cyber Tips and conducting further investigation, on July 27, 2021, I obtained a federal search warrant for ZAMUDIO-HERNANDEZ' residence and devices (21-048-WM).

9. On the morning of July 29, 2021, law enforcement executed the above search warrant at ZAMUDIO-HERNANDEZ' residence in Vero Beach, Indian River County, in the Southern District of Florida.

10. Agents located ZAMUDIO-HERNANDEZ at the residence. After I informed ZAMUDIO-HERNANDEZ of his Miranda rights, he agreed to speak with me. ZAMUDIO-HERNANDEZ admitted that he was the user of the nickthedemonking1243@gmail.com account and the "nickthedemonking" Instagram account. ZAMUDIO-HERNANDEZ also admitted that he uploaded the above-described child pornography video to his Gmail account, and that he previously sent and received child pornography through his Gmail account.

11. I asked ZAMUDIO-HERNANDEZ if he had previously engaged in sexual activity with minors, and ZAMUDIO-HERNANDEZ answered that he had. ZAMUDIO-HERNANDEZ admitted that, two days before, he "bribed" a child (Victim 1) to engage in oral sex with him.

3

ZAMUDIO-HERNANDEZ gave me the name and address of the child and admitted that he recorded the incident on his cell phone. A preliminary review of the cell phone revealed seven photographs and two videos of a child, who appears to be preteen. In one of the videos, this child is engaged in oral sex with a male, and while ZAMUDIO-HERNANDEZ' face is not seen in the video, his voice can be heard. ZAMUDIO-HERNANDEZ also described taking a photograph of this child's genital area, and a similar photograph was found in his cell phone as well.

12. On July 29, 2021, I located the mother of Victim 1 and confirmed that Victim 1 is a minor under the age of thirteen.

13. ZAMUDIO-HERNANDEZ' cell phone is an Apple iPhone that was made in China.

14. Based on the foregoing, I believe that probable cause exists to believe that Nicholas Antonio ZAMUDIO-HERNANDEZ violated 18 U.S.C. § 2251(a), production of child pornography, and 18 U.S.C. § 2252(a)(4), possession of child pornography.

FURTHER YOUR AFFIANT SAYTH NAUGHT.

Eric Urgo
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me, by Telephone-Facetime, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __29th__ day of July, 2021.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE