FILED by \_\_\_KS\_\_\_ D.C.

Aug 11, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-14031-CR-CANNON/MAYNARD**

CASE NO. _____

18 U.S.C. § 2251(a)
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

v.

NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ,

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
**Production of Visual Depictions Involving Sexual Exploitation of Minors**
**(18 U.S.C. § 2251(a))**

On or about July 27, 2021, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ,**

did use, persuade, induce, entice and coerce, a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### Possession of Visual Depictions Involving Sexual Exploitation of Minors
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

On or about July 29, 2021, in Indian River County, in the Southern District of Florida, and elsewhere, the defendant,

**NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ,**

did knowingly possess matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve (12) years of age.

## CRIMINAL FORFEITURE

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252(a)(4), as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18 United States Code, Section 2253, the following property:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the law;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation;

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation, and any property traceable to such property, including but not limited to one (1) white iPhone, one (1) gray Motorola phone, one (1) silver Samsung phone, and one (1) silver HP laptop computer.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)
☐ Miami  ☐ Key West  ☐ FTL
☐ WPB   ☑ FTP

New defendant(s)    ☐ Yes   ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days         ☑
   II   6 to 10 days        ☐
   III  11 to 20 days       ☐
   IV   21 to 60 days       ☐
   V    61 days and over    ☐

   (Check only one)
   Petty         ☐
   Minor         ☐
   Misdemeanor   ☐
   Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-053-WM**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **7/29/2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Justin L. Hoover
Assistant United States Attorney
Court ID No.    A5502493

\*Penalty Sheet(s) attached                                    REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. _____

Defendant's Name:   NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Production of visual depictions involving sexual exploitation of minors | 18 U.S.C. § 2251(a) | 15-30 Years' Imprisonment<br>$250,000 Fine<br>SR: 5 Years to Life<br>$100 Special Assessment<br>$5,000 Special Assessment |
| 2 | Possession of visual depictions involving sexual exploitation of minors | 18 U.S.C. § 2252(a)(4) | 20 Years' Imprisonment (<12)<br>$250,000 Fine<br>SR: 5 Years to Life<br>$100 Special Assessment<br>$5,000 Special Assessment |

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA

v.

NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:     /s/ Justin L. Hoover
       Justin L. Hoover
       Assistant United States Attorney
       Court ID No. A5502493
       101 South U.S. Highway 1, Suite 3100
       Fort Pierce, Florida 34950
       Tel: 772-466-0899
       Fax: 772-466-1020
       Email: Justin.Hoover@usdoj.gov