UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14031-CR-CANNON

**UNITED STATES OF AMERICA**,

 Plaintiff,

v.

**NICHOLAS ANTONIO ZAMUDIO-HERNANDEZ**,

 Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 40]. On October 29, 2021, Magistrate Judge Maynard held a Change of Plea hearing during which Defendant pled guilty to Counts One and Two of the Indictment [ECF No. 10] pursuant to a written plea agreement [ECF No. 34] and factual proffer [ECF No. 35]. Magistrate Judge Maynard thereafter issued a Report and Recommendation on Change of Plea [ECF No. 40]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 40] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Nicholas Antonio Zamudio-Hernandez as to Counts One and Two of the Indictment is **ACCEPTED**;

3. Defendant Nicholas Antonio Zamudio-Hernandez is adjudicated guilty of Count One and Two of the Indictment. Count One charges Defendant with production of visual

CASE NO. 21-14031-CR-CANNON

depictions involving sexual exploitation of minors, in violation of 18 U.S.C. § 2251(a) and (e) [ECF No. 10].  Count Two charges Defendant with possession of visual depictions involving the sexual exploitation of minors, in violation of 18 U.S.C § 2252(a)(4)(B) and (b)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of November 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record